# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRIC OF ARKANSAS
## WESTERN DIVISION

LAURA CONEY            *

       PLAINTIFF     *

V.                          *     CASE NO. 4:16CV00331 SWW

LINDSEY MANAGEMENT COMPANY     *

       DEFENDANT     *

## **ORDER**

Pursuant to the parties' stipulation of dismissal [ECF No. 9], this action is

DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 4TH DAY OF MAY, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE